**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 160 EAL 2014
:
            Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
       v. :
:
:
:
RISHAAN WILSON, :
:
          Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.